UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No._____

---

Sonya Owens,

*Plaintiff*

vs.

The Kroger Company

Case: 1:25−cv−04262 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/27/2025
Description: Employ. Discrim. (H−DECK)

and

U.S. Equal Employment Opportunity Commission,

*Defendants*

---

Plaintiff's Complaint Brief

---

Respectfully submitted,



Sonya Owens, Pro Se

PO Box 37484

Raleigh, NC 20767

(984) 664-1944

RECEIVED

NOV 27 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Sonya Owens,                                          )
                        *Plaintiff*                   )
                                                      )
        vs.                                           )
                                                      )
The Kroger Company                                    )     Case No._____
                and                                   )           Demand for Jury Trial
U.S. Equal Employment Opportunity                     )
 Commission,                                          )
                        *Defendants*                  )
_____)

## COMPLAINT

## INTRODUCTION

1.      This case is about racial discrimination, retaliation, and wrongful discharge, in a hostile workplace. The plaintiff, Sonya Owens, is a former employee who returned to the same department-level position she previously held in food quality control, with over ten years of experience. Defendant #1, The Kroger Company ("Kroger") hired the most competent person for the position.

2.      In October 2024, Ms. Owens was hired by Kroger in a full-time position, with the Assistant Store Manager as her direct supervisor. Then,

2

they saw Ms. Owens is a Black woman, U. S. citizen, and member of a protected class, by law. As a Black woman, Kroger did not expect Ms. Owens to know her job until "after 18 months of job training" - which is 18 times longer than her required training period. Ms. Owens was given thirty days to complete Kroger's job training for her position. She finished more than half of the training in 4 days, or less.

3.    Kroger's managers intentionally blocked her access to complete the remaining job training.[1] They paid less wages than she deserved, removed their equipment, resources, and reduced her work hours.[2] They told other employees she is not to do her job, and even demanded she stock grocery shelves or go home. Collectively, they hurled verbal attacks, threatened physical confrontations, alleged false accusations, harassed, stalked, or disciplined Ms. Owens for unfounded violations. But she refused to quit her job.

4.    Instead, Ms. Owens pursued doing the job she was hired to do in food quality control.[3] She checks food daily for freshness, damages, expiration dates, pricing, packaging, discontinued items, and whether

---

[1] Appendix A
[2] Appendix B
[3] Appendix C

3

items are approved for sale to the public. She appropriately disposes of food that does not meet standards (also known as "errors"). The errors are recorded and reported in real-time, using Kroger's devices and resources, every day.

5.     Every day, Ms. Owens removed poor quality food such as rotting produce, expired dates, and unlisted items - wrongly offered for sale by Kroger, in order to protect the public's health and their trust in safe food quality.

6.     Then Kroger demanded a waiver of Ms. Owens's legal rights and protections, as conditions in its company policy, in exchange for at-will employment.

7.     Ms. Owens reported information showing Kroger consistently violated food safety standards, OSHA workplace standards, and sold unauthorized products, including alcohol.

8.     Ms. Owens reported the stores were using obsolete computer software (e.g., Microsoft Office 2016), obsolete or discontinued devices

9.     Ms. Owens reported there was a "well-known" algorithm glitch in its database that allowed the same products to be scanned every day without detection. Thus, allowing its stores to appear in compliance,

4

without any or minimal errors, to trigger escalated store audits or mitigation.[4]

10.    Ms. Owens reported Kroger used its public loyalty program (commonly called "Vic" or "eVic") to monitor, investigate, or market employees' purchases or personal data.

11.    Kroger did not reply back to Ms. Owens. Their hostile work environment got worse, for her.[5]

12.    Ms. Owens was discharged by Kroger, two days after refusing to give her consent, without legal advice on the impact of it affecting her legal rights, reported violations, privacy data, and EEO discrimination complaints.

13.    Kroger is the 4th largest private employer in the U.S. It employs approximately 420,000 people, in thirty-five States and the District of Columbia. All thirty-five States are designated as "at-will employment" including in the State of North Carolina, where Ms. Owens was last employed working in a Harris Teeter grocery store.

---

[4] Appendix D
[5] Appendix E

5

14.    Ms. Owens pursued her Kroger complaints with the U.S. Equal Employment Opportunity Commission (Defendant #2 or "EEOC"). It was not meaningfully investigated by EEOC's Raleigh Field Office.

15.    Ms. Owens suffered emotional, professional, and financial harm because of her race and in retaliation for filing complaints; for doing her job, in Kroger's hostile workplace;

16.    For relief, Ms. Owens seeks $2, 000,000 in damages;

17.    Equitable or injunctive relief;

18.    Legal fees and costs, including attorneys' fees, witnesses' fees, court costs;

19.    And, all such other relief the court decides.

## JURISDICTION AND VENUE.

### Jurisdiction

20.    This civil action is timely filed.

21.    On August 29, 2025, the U.S. Equal Employment Opportunity Commission issued a Right-to-Sue letter to Ms. Owens.[6]

---

[6] Appendix F - Plaintiff's Right-to-Sue Letter in EEOC Case No. 433-2025-01215.

6

22.    Under 28 U.S.C. §1331(a), the Court has jurisdiction in this civil matter that raises a federal question.

23.    Under 28 U.S.C. §1332(a), the Court has jurisdiction in this civil matter involving diverse parties and relief valued more than $75,000.

24. and defendant #2, are both domiciled in the District of Columbia.

25.    Kroger, defendant #1, is an employer conducting substantial business in two-thirds of the United States and the District of Columbia. The company is organized under laws in the State of Delaware with its principal office located in Ohio.

26.    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

27.    The parties are diversified.

### Venue

29.    Venue is proper in the District of Columbia, under 28 U.S.C. § 1391(b)(2) and (b)(3), although a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the State of North Carolina… this Court may grant declaratory relief, injunctive relief, and other

appropriate relief under 28 U.S.C. §§ 1361, 2201- 2202, 5 U.S.C. §§ 704-706, and the Court's equitable powers.

30.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and (e)(1). Defendant #2 is a United States Government Agency with field offices in all 50 States and the District of Columbia.

31.    The Court of Appeals for the District of Columbia has special jurisdiction to solely review, federal civil cases like this one, that may have national impact affecting the States nationwide; involves food safety, or; the actions of federal government agencies.

32.    Defendant #1, Kroger, is the fourth largest private employer in the United States. It owns or operates a food commerce in two-thirds of the United States, including in the District of Columbia. Kroger has substantial presence in the District of Columbia. Kroger owns and operates over 2700 grocery stores, pharmacies, and fuel stations, in thirty-five U.S. States and the District of Columbia, under various brand names including Kroger, Harris Teeter Supermarkets, Inc., Harris Teeter LLC, Kroger Limited Partnership I, and Kroger Limited Partnership II. (collectively "Kroger").[7]

---

[7] *Harris Teeter Supermarkets, Inc. v. Ace Am. Ins. Co.*, 2023 NCBC 68 (22-CVS-5279)

33.     EEOC is the primary federal agency that enforces U.S. law prohibiting racial discrimination, retaliation, and hostile work environment, against all public- and private entities, organized or functioning under U.S. law.

## PARTIES.

34.     Plaintiff, Sonya Owens, is an individual person, member of protected group or class, with domicile in the District of Columbia.

35.     Defendant #1, The Kroger Company, is a private corporation organized under in the State of Ohio. Its principal office and domicile are in the State of Ohio.

36.     Defendant #2, is the U.S. Equal Employment Opportunity Commission, a U.S. federal government agency with domicile in the District of Columbia.

## FACTUAL ALLEGATIONS

37.     Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. Ms. Owens removed and reported Kroger's products for sale to the general public, as scan audit errors:

9



Damaged



Damaged



Damaged



Damaged



Not found for this store



Not found for this store



Not found for this store



Expired dates



Expired dates

11

  

Not found for this store          Not found for this store          Not found for this store

38.    <u>Violation of Employee Personal or Data Privacy</u>

Ms. Owens re-alleges the foregoing paragraphs of this Complaint as

if fully set forth herein. In addition to above, Kroger provides a grocery

shopper's loyalty card ("VIC" or "eVIC") to its employees as a job benefit.

It appears to be the same loyalty program provided to the general public,

except it is specifically linked to each individual employee's personnel

information. Even if Kroger claims these are two different loyalty

programs, Ms. Owens contends her employer did not provide a copy of its

employee-data-privacy policy with a non-retaliatory choice to "opt-out."

39.    Ms. Owens contends the employees' data captured in its loyalty

program enables Kroger to track, compile, and retain data records about

12

the habits, purchases, and products of every participating employee with both current- and former workers specifically identified, at-will.

40.    The data may also be used for other purposes such as investigations, advertising, marketing, profiling, and blacklisting, without employees' knowledge.

41. The U.S. Privacy Act of 1974 protects the personal information of all U.S. citizens and legal residents. But in 1974, this personal information was defined without knowing or experiencing the technology, devices, digital capabilities, or data manifestations of the 21st century. The law was written without embedding anticipation of future expectations.  If we presume, for example, Kroger claims the same terms and conditions for its employees like Ms. Owens, as it does for the general public, then she contends their program violates her privacy rights, as well as her 4th Amendment property rights.

42.    The consumer relationship between Kroger and the general public, is not the same as its employer-employee relationship with Ms. Owens. Her shopping data is not anonymous because it is directly linked to her employee information. Yes, Kroger can query its database every day to find out if Ms. Owens, specifically, purchased any items, at any of its

13

stores. Yes, Kroger can ask its database which products, specifically, Ms. Owens purchased before, during, and after her employment. Yes, Kroger does have access to information not directly employee related.

43.     No, Kroger did not pay Ms. Owens during her lunch breaks, holidays, or for time(s) not "clocked-in."

44.     Ms. Owens asks the court to establish "employee data terms and conditions" for Kroger, that will protect her legal rights, privacy interests, medical information, and underaged children – in all 50 States and territories, regardless of at-will employment – as equitable relief.

## Improving Your Experience                               ×

To provide and personalize our offerings, make recommendations, detect and prevent fraud, and improve our services, we use tools that collect and record your data, which may include your searches for and purchases of health and wellness products. We also may share non-sensitive data with third parties, such as advertising and analytics vendors, social networks, technology providers, and research providers. By continuing to use our websites and apps and shop our stores, this means you consent to these practices and accept our Terms and our Privacy Policy.

Kroger's eVIC data policy for the general public

14

## CAUSES OF ACTION

### Count One
### Violation of the Civil Rights Act of 1964

45.    Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. During the time Kroger denied Ms. Owens's the elements, training, and resources of her position, they trained a white woman with far less, to no experience, to do her job.  They provided this woman with access to full training and resources, plus in person, one-to-one training, with the Regional Scan Coordinator, as well as overtime hours, and working at other stores.

46.    Title VII prohibits discrimination based on race, gender, national origin, and retaliation. The United States of America is Ms. Owens's national origin. She was born a U.S. citizen. No foreign or domestic entity, formed abroad or within its borders, existing or inactive, has lawful authority to abridge, deny, or demand a waiver of her legal rights as terms, conditions, or policy, in exchange or quid pro quo, for services, products, privileges, benefits, or employment, whether or not at-will, in the United States of America – or anywhere else in the world.

47.    It is an egregious contradiction to lawfulness, for Kroger to be formed according to U.S. law, with promises and agreement to be legally bound by the same law. Then demand terms and conditions, imposing waiver or exemption of the laws protecting the rights of its customers and employees, for its profits and exclusions from liability.

### Count Two
### Violation of 42 U.S.C. § 2000e et seq.,
### Unlawful Employment Practices

48.    Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein.

49.    42 U.S. Code § 2000e-3 prohibits Kroger's other alleged unlawful employment practices, such as:

a. Discrimination for making charges, testifying, assisting, or participating in enforcement proceedings

b. Training programs

50.    It shall be an unlawful employment practice for any employer training or retraining, including on-the-job training programs to discriminate against any individual because of his race, color, religion, sex,

16

or national origin in admission to, or employment in, any program established to provide apprenticeship or other training.

51.    Other training or retraining, includes on-the-job training programs, to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed any practice made an unlawful employment practice by this subchapter, or because Ms. Owens has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter.

52.    Employer practices

Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. It shall be an unlawful employment practice for an employer—

a.  To fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

17

b.  To limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

53.    Ms. Owens was paid lower wages, did not get holiday pay for working on U.S. national holidays, employee's bonuses, etc.

54.    Ms. Owens was discharged two days after explicitly telling Kroger, she was not surrendering nor waiving her legal rights.

## Count Three

## Violation of 42 U.S.C. §1981

## Equal Rights Under the Law

55.    Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. 42 U.S.C. §1981 prohibits wrongful termination and impairment of equal benefits of all laws and proceedings for the security of persons and property. It enforces equality to make and enforce contracts the same in every jurisdiction of the United States against impairment under color of State law and discrimination.

18

56.   At-will employment is the color of State law used by Kroger and other employers to discriminate, harm, or hinder employees like Ms. Owens.

57.   Ms. Owens was terminated after refusing to give Kroger consent that would affect her EEO complaint and other legal rights. Kroger's policy prohibits providing information to outside organizations. It prohibits reporting circumstances and instances that may violate compliance with government rules and regulations.

58.   Kroger employees might be inclined to become whistleblowers. But, their consent to follow "all" company policies would subject them to termination because they failed to comply. It is a corollary attack that punishes and discourages reporting violations to compliance enforcement agencies, even if racial discrimination or hostile work environment was the underlying trigger.

## Count Four
### Violation of 42 U.S.C. §1983

59.   Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. 42 U.S.C. §1983 prohibits

19

violation of Ms. Owens constitutional rights and other legal protections by Kroger or EEOC.

60.    It is, or should be, unlawful for Kroger (an employer) or any entity in the United States to deny or restrict Ms. Owens' U.S. legal rights, in exchange for at-will employment; or to stop the reporting, complaints, or action(s) involving circumstances that are:

a. Harmful, detrimental, or risky to the public's health (such as food safety);

b. Harmful, detrimental, or risky to Ms. Owens's health or safety;

c. Harmful, detrimental, or risky to other employees' health or safety;

d. To enforce, prohibit, or protect employees like Ms. Owens, from racial discrimination, retaliation, or hostile work environment, or other violations of U.S. law againt:

   1. Discriminatory Hiring: This can involve things like posting job ads that explicitly or implicitly target a certain gender, race, or age group; asking questions during interviews that are not job-related and designed to probe into protected characteristics; or favoring

20

candidates based on their race, gender, or other protected characteristics rather than their qualifications.

2. <u>Discriminatory Pay</u>: Paying employees differently for the same work based on their race, sex, age, or other protected characteristics. This includes unequal benefits, such as vacation time or retirement contributions.

3. <u>Discriminatory Promotions and Assignments</u>: Promoting or assigning employees to jobs based on their protected characteristics rather than their merit or qualifications. This can also include denying employees opportunities for training or development based on their protected characteristics.

4. <u>Discriminatory Termination or Layoffs</u>: Terminating or laying off employees based on their protected characteristics. This can also include constructive discharge, where an employer creates such a hostile work environment that an employee feels forced to resign.

5. <u>Harassment</u>: Creating a hostile or offensive work environment based on an employee's race, color, religion,

21

sex, national origin, age, disability, or genetic information. This can include verbal or physical abuse, sexual advances, or unwelcome conduct.

6. Retaliation: Taking adverse action against an employee who reports discrimination, participates in an investigation, or otherwise opposes discriminatory practices.

7. Discriminatory Policies: Policies that have a discriminatory effect, such as policies that require employees to participate in religious activities, or policies that have a disproportionate impact on individuals with disabilities. These can also include dress code or grooming policies that unfairly target individuals based on their race, religion, or other protected characteristics.

**Count Five**
**Violation of 42 U.S.C. §1985**
**Depriving Persons of Rights or Privileges**

61. Ms. Owens re-alleges the foregoing paragraphs of this Complaint as if fully set forth herein. 42 U.S.C. §1985(3) prohibits two or more persons, from conspiring to deny Ms. Owens and other employees'

legal rights. If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws.

61.     Ms. Owens's personal- and private data or information, in all forms including biometric, electronic, or digitized, is part of her person, property, or effects as stated in the Fourth Amendment.

62.     Her legal rights and protections as a U.S. citizen are not quid pro quo conditions for at-will employment in the United States, or in any State. Kroger, organized under U.S. law, in the State of Ohio, agreed to abide and operate according to U.S. law. Therefore, the Constitution and other legal rights, privileges, and protections afforded or granted to Ms. Owens by law, are not subject to revocations, negotiations, restrictions, or waiver, as conditions of its employment, services, or company policy.

63.     The EEOC must have transparency and take meaningful actions towards promoting and enforcing the Civil Rights Act of 1964.

23

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Sonya Owens re-alleges the foregoing paragraphs

of this Complaint as if fully set forth herein.

64. Ms. Owens respectfully requests the Court to commence civil

jury trial proceedings, to further plaintiff's pursuit of relief sought in the

interest of justice.

Date: November 27, 2025                    Respectfully submitted,

*Sonya Owens*
<u>Sonya Owens, Pro Se</u>
PO Box 37484
Raleigh, NC 27627

24

Appendix for Plaintiff's Complaint

A    -    Job Training Record

B    -    Reduced Work Hours Record

C    -    Kroger's Employment Offer Letter

D    -    Email to Kroger

E    -    Email to HR Harris Teeter

F    -    Email to Harris Teeter's Associate Relations Specialist

G    -    EEOC's Right-to-Sue Letter to Ms. Owens

# Student Training History



**Employee ID:** ▮▮▮▮▮▮

**Name:** SONYA OWENS

**Hire Date:** 10/11/2024

**Location:** ▮▮▮▮▮▮▮▮▮▮

**Job Code:** 370

## Upcoming Registrations:

| Session Date | Name | Location |
|---|---|---|
| 10/21/2024 06:00 PM EDT | Service Excellence - It's My Harris Teeter | SE_central - Service Excellence Virtual - Central - VIRTUAL-TEAMS ROOM, NC |

## Attendance History:

No Attendance History

## Progress History:

| Assignment Date | Name | | | | Status | Complete Date |
|---|---|---|---|---|---|---|
| 10/11/2024 | World Class Bagging for My Customers | | | | Completed | 10/12/2024 |
| | **Test** | **Date** | **Duration** | **Score** | **Status** | |
| | 6 Items in a Bag | 10/12/2024 04:28 PM EDT | 00:02:46 | 100% | Passed | |
| 10/11/2024 | Scanning Coordinator Certification | | | | Not Started | |
| 10/11/2024 | Vendor Receiver Certification | | | | Not Started | |
| 10/11/2024 | Tag Hanger Certification Test | | | | Not Started | |
| 10/11/2024 | Service Excellence - It's My Harris Teeter | | | | Registered | |
| 10/11/2024 | Associate Purchase Policy Acknowledgement | | | | Completed | 10/12/2024 |
| 10/11/2024 | AP-Shoplifting Prevention Tips | | | | Completed | 10/12/2024 |
| 10/11/2024 | Powered Industrial Equipment | | | | Not Started | |
| 10/11/2024 | VR Soft Grocer | | | | Not Started | |
| 10/11/2024 | VR Non Perishable Inventory Preparation | | | | Not Started | |
| 10/11/2024 | VR Beer and Wine | | | | Not Started | |
| 10/11/2024 | VR Vendor Documentation | | | | Not Started | |
| 10/11/2024 | VR Computer Assisted Ordering | | | | Not Started | |

# Student Training History



| Assignment Date | Name | Status | Complete Date |
|---|---|---|---|
| 10/11/2024 | VR Basic Receiving | Not Started | |
| 10/11/2024 | VR Order Register | Not Started | |
| 10/11/2024 | VR Reclaim | Not Started | |
| 10/11/2024 | VR DSD Safety | Not Started | |
| 10/11/2024 | VR Hazardous Product Training | Completed | 10/12/2024 |

| Test | | Date | Duration | Score | Status |
|---|---|---|---|---|---|
| VR Hazardous Material | | 10/12/2024 02:15 PM EDT | 00:04:24 | 100% | Passed |

| Assignment Date | Name | Status | Complete Date |
|---|---|---|---|
| 10/11/2024 | Day 1 Training Hours | Completed | 10/12/2024 |
| 10/11/2024 | Track Training Hours Notice | Completed | 10/12/2024 |
| 10/11/2024 | Associate Purchase Policy | Completed | 10/12/2024 |
| 10/11/2024 | Accommodations for Our Hearing Impaired Customers | Completed | 10/12/2024 |
| 10/11/2024 | Vendor Receiver Reclaim Training | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 1 Introduction | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 2 Tag Maintenance | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 3 Signs | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 4 SPA (Shelf Price Audit) | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 5 Price Maintenance | Not Started | |
| 10/11/2024 | Scanning Coordinator-Block 6 Scanning Integrity | Not Started | |
| 10/11/2024 | VR-Block 1 Introduction to Vendor Receiver | Not Started | |
| 10/11/2024 | VR-Block 2 Security / Housekeeping | Not Started | |
| 10/11/2024 | VR-Block 3 Vendor Check-In | Not Started | |
| 10/11/2024 | VR-Block 5 Reclaim / Unsaleables | Not Started | |
| 10/11/2024 | VR-Block 6 Beer / Wine | Not Started | |
| 10/11/2024 | VR-Block 7 SMART | Not Started | |
| 10/11/2024 | VR-Block 8 Non Perishable Inventory | Not Started | |
| 10/11/2024 | Safety - Fire Safety Awareness | Completed | 10/12/2024 |
| 10/11/2024 | Safety - Understanding Safety Data Sheets | Completed | 10/12/2024 |
| 10/11/2024 | Safety - Welcome to Physical Safety | Completed | 10/12/2024 |
| 10/11/2024 | Safety - Safe Lifting | Completed | 10/12/2024 |
| 10/11/2024 | Safety - Safely Cleaning up Spills | Completed | 10/12/2024 |

# Student Training History



| Assignment Date | Name | | | Status | Complete Date |
|---|---|---|---|---|---|
| 10/11/2024 | Safety - Properly Using Personal Protective Equipment | | | Completed | 10/12/2024 |
| 10/11/2024 | DSD Vendor Receiver Temporary Training Certificate | | | Not Started | |
| 10/11/2024 | Summary of Your Rights Under the Fair Credit Reporting Act | | | Completed | 10/12/2024 |
| 10/11/2024 | General HR Information for Associates | | | Completed | 10/12/2024 |
| 10/11/2024 | P-42 Harassment | | | Completed | 10/12/2024 |
| 10/11/2024 | Customer Information Confidentiality Agreement | | | Completed | 10/12/2024 |
| 10/11/2024 | Company's Policy and Procedures | | | Completed | 10/12/2024 |
| 10/11/2024 | Harassment | | | Completed | 10/12/2024 |
| 10/11/2024 | Discrimination | | | Completed | 10/12/2024 |
| 10/11/2024 | Retaliation | | | Completed | 10/12/2024 |
| 10/11/2024 | Harassment Final Review | | | Completed | 10/12/2024 |

| Test | Date | Duration | Score | Status |
|---|---|---|---|---|
| Preventing Harassment - Final Review | 10/12/2024 03:21 PM EDT | 00:00:00 | 93% | Passed |

| Assignment Date | Name | | | Status | Complete Date |
|---|---|---|---|---|---|
| 10/11/2024 | Belonging at HT-Diversity, Equity and Inclusion | | | Completed | 10/12/2024 |
| 10/11/2024 | Protecting Your Information | | | Completed | 10/12/2024 |
| 10/11/2024 | Our Purpose | | | Completed | 10/12/2024 |
| 10/11/2024 | Personal Safety | | | Completed | 10/12/2024 |

| Test | Date | Duration | Score | Status |
|---|---|---|---|---|
| Personal Safety / Active Shooter Awareness | 10/12/2024 03:56 PM EDT | 00:00:24 | 100% | Passed |

| Assignment Date | Name | | | Status | Complete Date |
|---|---|---|---|---|---|
| 10/11/2024 | 2024 Community Cares Campaign Video | | | Completed | 10/12/2024 |
| 10/11/2024 | Policy RO-8 Time Worked Recording Procedures | | | Completed | 10/12/2024 |
| 10/11/2024 | Day 2 Training Hours | | | Not Started | |
| 10/11/2024 | Emergency Exit Training | | | Completed | 10/12/2024 |
| 10/11/2024 | Total Store Engagement | | | Completed | 10/12/2024 |
| 10/11/2024 | Information Security- Vendor Check In | | | Completed | 10/12/2024 |
| 10/11/2024 | Internal Theft - Retail Operations | | | Completed | 10/12/2024 |
| 10/11/2024 | Policy - 94 Artificial Intelligence | | | Not Started | |
| 10/11/2024 | P-74 Information Security | | | Completed | 10/12/2024 |
| 10/11/2024 | New Food Waste Divert Training | | | Completed | 10/12/2024 |

# Paycheck Center

| | Check Number | Pay Period End Date | Deposit Date | Deposit Amount | Actions |
|---|---|---|---|---|---|
| ☐ | 8014184 | 02/25/2025 | 03/04/2025 | 293.61 | |
| ☐ | 7983538 | 02/18/2025 | 02/25/2025 | 305.04 | |
| ☐ | 7955019 | 02/11/2025 | 02/18/2025 | 325.88 | |
| ☐ | 7924615 | 02/04/2025 | 02/11/2025 | 360.78 | |
| ☐ | 7896290 | 01/28/2025 | 02/04/2025 | 458.10 | |
| ☐ | 7865957 | 01/21/2025 | 01/28/2025 | 287.40 | |
| ☐ | 7837695 | 01/14/2025 | 01/21/2025 | 405.68 | |
| ☐ | 7807469 | 01/07/2025 | 01/14/2025 | 527.51 | |
| ☐ | 7780000 | 12/31/2024 | 01/07/2025 | 383.76 | |
| ☐ | 7749495 | 12/24/2024 | 12/31/2024 | 518.10 | |
| ☐ | 7720942 | 12/17/2024 | 12/24/2024 | 352.74 | |
| ☐ | 7692743 | 12/10/2024 | 12/17/2024 | 501.86 | |
| ☐ | 7662798 | 12/03/2024 | 12/10/2024 | 323.23 | |
| ☐ | 7634512 | 11/26/2024 | 12/03/2024 | 529.95 | |

Hi, I'm Sofia!

APPENDIX - B

| Check Number | Pay Period End Date | Deposit Date | Deposit Amount | Actions |
|---|---|---|---|---|
| ☐ 7604227 | 11/19/2024 | 11/26/2024 | 510.14 | |
| ☐ 7576228 | 11/12/2024 | 11/19/2024 | 457.98 | |
| ☐ 7546397 | 11/05/2024 | 11/12/2024 | 334.46 | |
| ☐ 7518585 | 10/29/2024 | 11/05/2024 | 553.41 | |
| ☐ 7488909 | 10/22/2024 | 10/29/2024 | 466.44 | |
| ☐ 7461305 | 10/15/2024 | 10/22/2024 | 402.34 | |

Showing 1 to 20 of 20 entries

© 1999-2025 Businessolver | Privacy Policy | Browser Requirements

english    español    français

## APPENDIX - B



Hi, I'm Sofia!

 **Outlook**

---

**Welcome!**

---

**From** HR HarrisTeeter@invalidemail.com <HR HarrisTeeter@invalidemail.com>

**Date** Tue 10/1/2024 1:39 PM

**To** ████████████████████████████████████████████████████

Sonya,

We would like to extend an offer of employment to you for the position Full Time Scan Coordinator /Vendor Receiver Back Up (2424831).

Please review the details of the offer by clicking **HERE**.

As a reminder, your login id is ██████████ and the password that you created when applying.

Regards,

████████████████

*Please do not reply to this automatically-generated message. Replies are undeliverable.*

APPENDIX - C

 Outlook

## HR Complaint and Health Violations

| | |
|---|---|
| **From** | ███████████████████ |
| **Date** | Mon 12/16/2024 9:19 AM |
| **To** | ████mann@kroger.com <████mann@kroger.com> |
| **Cc** | ███████████████████ |

📎 2 attachments (4 MB)
IMG_6787.jpeg; IMG_6793.jpeg;

Good morning,

I'm a Harris Teeter associate hired in October 2024 at Store #58 in Apex, NC. Immediately after hiring EEO discriminatory circumstances involving salaried store management required sending complaints to hr@harristeeter.com which to date have not been responded to. No response. It appears HR and the EEO process does not exist. In addition to discrimination and obstructing my job, I must report recent Wake County food safety violations where rotting produce was on the shelves for sale to the public. After removing what I found, anger was displayed and some not in store items were left for sale. I was told to scan audit a different area.

Additional numbers:
From Oct 9 Nov 25, 2024:
30911 items scanned
479 errors recorded or 2% Error Rate
7% missing tags
12% wrong price
10% outdated VIC
72% Not on file items

Attached are 2 photos of the rotting produce. Additionally, there is a well known algorithm flaw in the audit program that allows the same items to be scanned daily without detection. This is one way these stores have been able to pass audits without detection of significant errors and quality issues.

Lastly, I filed with EEOC and while writing to you, I've resisted much interference by store management to stop what I'm doing. I'm told to clock out.

Sonya ████████ █

███████████

 Outlook

**Employee Complaint**

**From** ███████████████████████

**Date** Mon 10/28/2024 7:50 AM

**To** hr@harristeeter.com <hr@harristeeter.com>

Good morning,

My name is Sonya Owens ████████. Recently hired at ███████, as Scan Coordinator/Backup VR with previous experience for the same job, in addition to far more experience at other positions. The previous Scan Coordinator is transferred to a new store under construction in Apex.

My complaint is today I return to work to find all the scan coordinator equipment held hostage by the VR, who states she was told to keep it. When asked who told her to do this, she refused to answer. Clearly, this store has decided to stop me from doing my job without any rational reason or explanation. I did not get hired to pretend to work. I certainly do not want to work in such hostile environments. My quality of work is good, diligently progressed, and appreciated by many others. Why should I be mired by people who want to sabotage my standings with their baseless, flawed thinking?

I have no equipment to do my job today. Why am I here? Today is my day to sort tags, prepare signs, audit shelves, and more. Instead, I sit useless because the VR has decided to hold all my equipment, and to do my job instead of her own. I seek immediate resolution even if I should transfer to another store that will let me work and do my job. I have ██████████████████ I am terribly distressed by this situation. If I cannot work here then let me go to someplace else where I can.

Best,
Sonya Owens

APPENDIX - E

 Outlook

**Store 58 Complaint re Erin**

From ▇▇▇▇▇▇▇▇▇▇

Date Thu 3/6/2025 12:23 PM

To ▇▇▇▇ @harristeeter ▇▇▇▇▇▇▇▇▇▇

Hello,

My complaint regards all the events even occurring today involving ▇ - a store manager - that has significantly increased the hostility towards my working here.

Before I continue, you should know ▇ said she spoke to your boss this morning. That said,

While asking for my explanation of items in my work cart that she removed while I washed my hands in the ladies room, she interpossedly accused me of calling her a racist. I immediately stopped our conversation and addressed her accusation. It's unprofessional, inappropriate and I will not engage in that kind of conversation with her; certainly not today in the immediate moment where I'm asked why items I pulled off the shelf while doing my job, are in my work cart. This conversation is inappropriate and one she should have with someone else - not with me.

I refuse to be harassed and confronted by these people without invoking and exercising my legal rights. I told Harris Teeter this is a hostile work place and it has gotten worse. I'm escalating my complaint(s) until it is addressed and finally resolved, supported by the full force of law. I will not be silenced, tricked, or intimidated by Harris Teeter. Instead, it is time for Kroger/Harris Teeter to fully and transparently comply with U.S. law in the 21st century.

Best,
S▇▇▇▇▇▇

APPENDIX - F

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Raleigh Area Office**
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/29/2025

**To:** Sonya Owens

████████████████████
███████████████

Charge No: 433-2025-01215

EEOC Representative and email:    SANDRA FUREY
INVESTIGATOR
SANDRA.FUREY@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 433-2025-01215

On behalf of the Commission,

Stephen Karanja
Digitally signed by Stephen Karanja
Date: 2025.08.29 12:08:35 -04'00'

For/Johnnie Barrett
Area Office Director

APPENDIX - G

**Cc:**
NA NA
Kroger/Harris Teeter
750 W Williams St
Apex, NC 27539

Ken Gentry
Harris Teeter
701 Crestdale Rd.
Matthews, NC 28105

Please retain this Notice for your records.

APPENDIX - G

# <u>CERTIFICATE OF SERVICE</u>

I hereby affirm, on November 27, 2025, I provided a copy of plaintiff's "COMPLAINT" to all the defendants and to the Attorney General of the United States, in compliance with the Federal Rules of Civil Procedure. I sent copies by email, by CM/ECF; or mailed hard copies via the U.S. Postal Service, as certified or registered mail to:

1. The Kroger Company (aka Registered Agent)
   1014 Vine Street,
   Cincinnati, OH 45202

2. Attorney General of the United States (on behalf of EEOC)
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

AND, a copy was sent electronically directly to EEOC via its EEOC Public Portal, as requested by the federal agency itself.

<u>Sonya Owens</u>
Sonya Owens

# Plaintiff's Certificate of
# Word-Count Compliance

I hereby affirm the number of words in this document is 3,220 words using Microsoft Word's tabulation.

Respectfully submitted,

*Sonya Owens*
<u>Sonya Owens</u>

27